# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE LEWIS T. BABCOCK

## COURTROOM MINUTES
_____

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Emily Buchanan | Date: | February 17, 2016 |
| Court Reporter: | Darlene Martinez | Probation: | MariJo Paul |
| | | Interpreter: | Ellen Klaver |

_____

Criminal Action No. 15-cr-00368-LTB          <u>Counsel:</u>

UNITED STATES OF AMERICA,                   Wayne Paugh

    Plaintiff,

v.

1. NOEL ROMERO,                              Matthew Belcher

    Defendant.

_____

## SENTENCING
_____

9:02 a.m.     Court in Session.

Defendant is present and in custody.

Interpreter sworn.

> Defendant plead guilty to Count One of the Indictment on November 23, 2015.

Mr. Belcher informs the Court that defendant would like to modify what he is asking the Court to impose, from a sentence of 8 months with a one level variance to a sentence of time served with a term of supervised release to follow.

Mr. Paugh does not object to defendant's modification.

1

Statement by defendant.

**ORDERED**: Defendant's Motion for One-Level Variance Below the Applicable Guidelines Pursuant to 18 U.S.C. § 3553 (Doc. No. 23) is **GRANTED**.

**ORDERED**: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that Defendant, Noel Romero, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of time served.

**ORDERED**: Defendant shall be placed on supervised release for a period of 3 years.

**ORDERED**: Court imposes the standard conditions of supervised release, together with a special condition that if deported or removed from this country, defendant shall not reenter this country illegally. If defendant reenters this country legally, he must report in person to the nearest probation office.

**ORDERED**: Defendant shall pay a special assessment of $100 which is due and payable immediately.

**ORDERED**: No fine is imposed because defendant has no ability to pay a fine.

Defendant advised of his limited appeal rights.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

9:16 a.m.     Court in Recess.
Hearing concluded.
Time:  00:14