**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   15-cr-00368-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. NOEL ROMERO,

    Defendant.

---

## ORDER

---

PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Lewis T. Babcock, United States District Judge, on February 17, 2016, it is hereby

ORDERED that Defendant Noel Romero is sentenced to **TIME SERVED**.

Dated:  February 17, 2016.

                BY THE COURT:

                s/Lewis T. Babcock
                LEWIS T. BABCOCK,
                UNITED STATES DISTRICT JUDGE